ROBERT B. MILLER, Respondent, v. CLINTON S. ZIMMERMAN, Appellant.— Determination reversed, and judgment modified by reducing same

to the sum of $418.94, and as modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.; Clarke, P. J., and Scott, J., dissented and voted to reduce judgment to $100.

SIMO AHO, Respondent, v. CAULDWELL-WINGATE COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.